RAFFI R. SHAHINIAN
Cal. Bar No. 185962
815 S. Central Avenue, Suite 19
Glendale, CA 91204
T: (818) 244-8843
F: (818) 244-8834
E: *shahinianlaw@gmail.com*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHOGHIK NALBANDIAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>           Defendant. | CASE NO.  CV 10-5798-JEM<br><br>[PROPOSED] ORDER FOR AWARD OF  E.A.J.A. FEES |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) subject to the terms of the stipulation.

DATED: March 3, 2011          */s/John E. McDermott*_____
                              JOHN E. MCDERMOTT
                              UNITED STATES MAGISTRATE JUDGE